**John W. ASKEY; Barbara Askey, Appellants,**

v.

**Commonwealth of PENNSYLVANIA DEPARTMENT OF PUBLIC WELFARE.**

**No. 02–1721.**

United States Court of Appeals, Third Circuit.

Submitted Nov. 21, 2002.

Decided Nov. 27, 2002.

Before BARRY and AMBRO, Circuit Judges and DOWD,* District Judge.

OPINION

AMBRO, Circuit Judge.

The appellants, John and Barbara Askey, filed in the United States Bankruptcy Court for the Western District of Pennsylvania this adversary proceeding against the appellee, the Commonwealth of Pennsylvania Department of Public Welfare ("DPW"). The DPW filed a motion to dismiss, asserting Eleventh Amendment sovereign immunity from the lawsuit. The Bankruptcy Court granted the motion to dismiss on this ground, and the District Court affirmed. As those Courts recognized, this case is controlled by our decision in *In re Sacred Heart Hosp. of Norristown,* 133 F.3d 237 (3d Cir.1998), and so we also affirm.

We further agree with the District Court's conclusion that, because the Askeys did not attempt in the Bankruptcy Court to amend their complaint to sue for prospective injunctive relief from the Secretary of the DPW in his official capacity, they waived the *Ex Parte Young,* 209 U.S. 123, 28 S.Ct. 441, 52 L.Ed. 714 (1908), argument that they now seek to present.

Accordingly, we affirm the dismissal of this adversary proceeding.

---

* Honorable David D. Dowd, Jr., United States District Judge for the Northern District of Ohio, sitting by designation.